IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEROY LEE | § | |
| | § | |
| VS. | § | CIVIL NO. 4:01-CV-835-Y |
| | § | |
| DONNA TANOUE | § | |

### NOTICE OF INTENTION TO DISMISS WITHOUT PREJUDICE

The above-styled and numbered cause of action was filed on October 18, 2001. Although more than 120 days have passed since the filing of the original complaint, no proof of service on Defendant is on record in this cause.

Therefore, it is, **ORDERED** that if Plaintiff desires to pursue his claim against Defendant, he shall file a proof of service as required by Rule 4.1 of the Local Civil Rules of the Northern District of Texas no later than 4:30 p.m. on **March 27, 2001,** or his claim against Defendant will be dismissed without prejudice and without further notice. See FED. R. CIV. P. 4(m).

SIGNED March __8__, 2002.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE





NOTICE OF INTENTION TO DISMISS WITHOUT PREJUDICE - Page Solo
chr - lee